# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK
# ROCHESTER DIVISION

In re: HARRIS, JEREMY M § Case No. 10-20048
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 11, 2010. The undersigned trustee was appointed on January 11, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          11,591.01

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 68.73 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 11,522.28 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/11/2011 and the deadline for filing governmental claims was 10/11/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,909.10. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,909.10, for a total compensation of $1,909.10.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $25.36, for total expenses of $25.36.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/05/2013     By: /s/DOUGLAS J. LUSTIG, TRUSTEE
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-20048  **Trustee:** (521560) DOUGLAS J. LUSTIG, TRUSTEE
**Case Name:** HARRIS, JEREMY M  **Filed (f) or Converted (c):** 01/11/10 (f)
  **§341(a) Meeting Date:** 02/26/10
**Period Ending:** 08/05/13  **Claims Bar Date:** 10/11/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | On person<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 2 | Checking account at Alliance Bank<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 20.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account at Tompkins Trust<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 4 | Savings account at Cornell Credit Union<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 5.00 | 0.00 | | 0.00 | FA |
| 5 | 2nd TV<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 20.00 | 0.00 | | 0.00 | FA |
| 6 | Computer & monitor<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 7 | DVD Player<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 30.00 | 0.00 | | 0.00 | FA |
| 8 | Radio/Stereo<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 9 | Small amount of furniture, furnishings and appliances<br><br>Orig. Asset Memo: Imported from original petition Doc# 1 | 650.00 | 0.00 | | 0.00 | FA |
| 10 | 30 CD's<br>    Orig. Asset Memo: Imported from original petition Doc# 1 | 30.00 | 0.00 | | 0.00 | FA |
| 11 | 50 DVD's<br>    Orig. Asset Memo: Imported from original petition | 50.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-20048  **Trustee:** (521560)  DOUGLAS J. LUSTIG, TRUSTEE
**Case Name:** HARRIS, JEREMY M  **Filed (f) or Converted (c):** 01/11/10 (f)
  **§341(a) Meeting Date:** 02/26/10
**Period Ending:** 08/05/13  **Claims Bar Date:** 10/11/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Doc# 1 | | | | | |
| 12  500 Baseball cards<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 13  Average mens wardrobe<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 14  Watch<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 10.00 | 0.00 | | 0.00 | FA |
| 15  12g Shotgun<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 16  22 Rifle<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 75.00 | 0.00 | | 0.00 | FA |
| 17  Bike<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 20.00 | 0.00 | | 0.00 | FA |
| 18  Bowling ball & bag<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 15.00 | 0.00 | | 0.00 | FA |
| 19  Digital Camera<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 20  Fishing Equipment<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 10.00 | 0.00 | | 0.00 | FA |
| 21  Hockey Equipment<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 22  Playstation 2<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-20048  
**Case Name:** HARRIS, JEREMY M

**Period Ending:** 08/05/13

**Trustee:** (521560) DOUGLAS J. LUSTIG, TRUSTEE  
**Filed (f) or Converted (c):** 01/11/10 (f)  
**§341(a) Meeting Date:** 02/26/10  
**Claims Bar Date:** 10/11/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 23 | Tent & Sleeping Bags<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 15.00 | 0.00 | | 0.00 | FA |
| 24 | Weight Bench<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 35.00 | 0.00 | | 0.00 | FA |
| 25 | Savings Bond<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 35.00 | 0.00 | | 0.00 | FA |
| 26 | Personal Injury Settlement -<br>    Structured settlement last payment due 9/4/2012<br><br>Orig. Asset Memo: Imported from original petition Doc# 1 | 7,492.50 | 11,591.01 | | 11,591.01 | FA |
| 27 | 2006 Ford Ranger<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 11,000.00 | 0.00 | | 0.00 | FA |
| 28 | Dog<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |
| 29 | Broken Weed Wacker<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |
| 30 | Chain Saw<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 40.00 | 0.00 | | 0.00 | FA |
| 31 | Grill<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 20.00 | 0.00 | | 0.00 | FA |
| 32 | Lawn Chairs<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 5.00 | 0.00 | | 0.00 | FA |
| 33 | Miscellaneous household items, envelopes & pens<br>Orig. Asset Memo: Imported from original petition | 10.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-20048  **Trustee:** (521560) DOUGLAS J. LUSTIG, TRUSTEE
**Case Name:** HARRIS, JEREMY M  **Filed (f) or Converted (c):** 01/11/10 (f)
 **§341(a) Meeting Date:** 02/26/10
**Period Ending:** 08/05/13  **Claims Bar Date:** 10/11/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Doc# 1 | | | | | |
| 34  Push Mower  Orig. Asset Memo: Imported from original petition  Doc# 1 | 5.00 | 0.00 | | 0.00 | FA |
| 35  Tools  Orig. Asset Memo: Imported from original petition  Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 35  **Assets**  **Totals** (Excluding unknown values) | **$20,744.50** | **$11,591.01** | | **$11,591.01** | **$0.00** |

**Major Activities Affecting Case Closing:**

> PROCEEDS FROM ANNUITY RECEIVED (11/12). BAR DATE 10/11/11; GOVMT BAR DATE 10/11/11. CLAIMS REVIEWED. AMENDED OBJECTION TO CLAIM RETURNABLE 6/28/13. ONCE ORDER DISALLOWING CLAIM IS RECEIVED WILL FILE TFR

**Initial Projected Date Of Final Report (TFR):** June 30, 2011  **Current Projected Date Of Final Report (TFR):** July 31, 2013

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 10-20048 | | | **Trustee:** | DOUGLAS J. LUSTIG, TRUSTEE (521560) | |
| **Case Name:** | HARRIS, JEREMY M | | | **Bank Name:** | Capital One | |
| | | | | **Account:** | ********38 - Checking Account | |
| **Taxpayer ID #:** | **-***5145 | | | **Blanket Bond:** | $21,431,000.00 (per case limit) | |
| **Period Ending:** | 08/05/13 | | | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/21/12 | {26} | HARRIS, JEREMY | PROCEEDS FROM ANNUITY | 1129-000 | 11,591.01 | | 11,591.01 |
| 01/11/13 | | Capital One | Transfer to Rabobank, N.A. | 9999-000 | | 11,591.01 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 11,591.01 | 11,591.01 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 11,591.01 | |
| | | | **Subtotal** | | 11,591.01 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$11,591.01** | **$0.00** | |

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 10-20048  
**Case Name:** HARRIS, JEREMY M

**Taxpayer ID #:** **-***5145  
**Period Ending:** 08/05/13

**Trustee:** DOUGLAS J. LUSTIG, TRUSTEE (521560)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****059266 - Checking Account  
**Blanket Bond:** $21,431,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/11/13 | | Rabobank, N.A. | Transfer from Capital One | 9999-000 | 11,591.01 | | 11,591.01 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.78 | 11,573.23 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.19 | 11,556.04 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.51 | 11,540.53 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.25 | 11,522.28 |
| | | | **ACCOUNT TOTALS** | | 11,591.01 | 68.73 | **$11,522.28** |
| | | | Less: Bank Transfers | | 11,591.01 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 68.73 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$68.73** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ********38** | 11,591.01 | 0.00 | 0.00 |
| **Checking # ****059266** | 0.00 | 68.73 | 11,522.28 |
| | **$11,591.01** | **$68.73** | **$11,522.28** |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 11, 2011

**Case Number:** 10-20048  
**Debtor Name:** HARRIS, JEREMY M

Page: 1

**Date:** August 5, 2013  
**Time:** 10:30:43 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | DOUGLAS J. LUSTIG, TRUSTEE<br>TWO STATE STREET<br>SUITE 1600<br>ROCHESTER, NY 14614 | Admin Ch. 7 | | $25.36 | $0.00 | 25.36 |
| 200 | DOUGLAS J. LUSTIG, TRUSTEE<br>TWO STATE STREET<br>SUITE 1600<br>ROCHESTER, NY 14614 | Admin Ch. 7 | | $1,909.10 | $0.00 | 1,909.10 |
| 3<br>100 | GE CAPITAL RETAIL BANK<br>Attn: Bankruptcy Department<br>PO Box 960061<br>Orlando, FL 32896-0661 | Secured | PER ORDER DATED 7/30/13 CLAIM IS DECLARED FULLY SECURED AND AS SUCH IS NOT ENTITLED TO PARTICIPATE IN THE DIVIDEND FOR UNSECURED CLAIMS | $0.00 | $0.00 | 0.00 |
| 1<br>610 | TD BANK N.A.<br>Attn: Robin Paradis<br>P.O. Box 9547<br>Portland, ME 04112-9547 | Unsecured | | $6,881.37 | $0.00 | 6,881.37 |
| 2<br>610 | COOPERSTOWN MEDICAL TRANSPORT<br>PO Box 202<br>Cooperstown, NY 13326 | Unsecured | | $852.00 | $0.00 | 852.00 |
| 4<br>620 | eCAST SETTLEMENT CORPORATION<br>CAPITAL ONE, NA<br>P.O. BOX 7247-6971<br>PHILADELPHIA, PA 19170-6971 | Unsecured | | $2,587.49 | $0.00 | 2,587.49 |
| 5<br>620 | eCAST SETTLEMENT CORPORATION<br>CAPITAL ONE, NA<br>PO BOX 72476971<br>PHILADELPHIA, PA 19170-6971 | Unsecured | | $10,182.47 | $0.00 | 10,182.47 |
| **<< Totals >>** | | | | 22,437.79 | 0.00 | 22,437.79 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-20048
Case Name: HARRIS, JEREMY M
Trustee Name: DOUGLAS J. LUSTIG, TRUSTEE

**Balance on hand:** $ 11,522.28

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 11,522.28

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DOUGLAS J. LUSTIG, TRUSTEE | 1,909.10 | 0.00 | 1,909.10 |
| Trustee, Expenses - DOUGLAS J. LUSTIG, TRUSTEE | 25.36 | 0.00 | 25.36 |

Total to be paid for chapter 7 administration expenses: $ 1,934.46
Remaining balance: $ 9,587.82

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 9,587.82

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 9,587.82

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 7,733.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | TD BANK N.A. | 6,881.37 | 0.00 | 6,881.37 |
| 2 | COOPERSTOWN MEDICAL TRANSPORT | 852.00 | 0.00 | 852.00 |

Total to be paid for timely general unsecured claims: $ 7,733.37
Remaining balance: $ 1,854.45

Tardily filed claims of general (unsecured) creditors totaling $ 12,769.96 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 14.5 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | eCAST SETTLEMENT CORPORATION | 2,587.49 | 0.00 | 375.75 |
| 5 | eCAST SETTLEMENT CORPORATION | 10,182.47 | 0.00 | 1,478.70 |

Total to be paid for tardy general unsecured claims: $ 1,854.45
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**

Case 2-10-20048-PRW    Doc 37    Filed 09/04/13    Entered 09/04/13 10:40:46    Desc Main
Document    Page 12 of 12